IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01460-BNB

CHINOU VUE,

    Plaintiff,

v.

WILLIAM SCOTT, Captain, Sterling Correctional Facility,
RONALD GILES, Lieutenant, Sterling Correctional Facility,
RONALD CARPENTER, Lieutenant, Sterling Correctional Facility,
MAURICE FAUVEL, Doctor, Sterling Correctional Facility,
TIM TAMETEO, Sergeant, Sterling Correctional Facility,
TREVOR BUCHHOLTZ, Sergeant, Sterling Correctional Facility,
STEVEN BELL, Correctional Officer, Sterling Correctional Facility,
NICHOLAS LEECH, Correctional Officer, Sterling Correctional Facility,
CHERYL BRINDISI, Correctional Officer, Sterling Correctional Facility,
DAVID CUSTER, Correctional Officer, Sterling Correctional Facility,
CHARLENE LARSON, Facility Nurse, Sterling Correctional Facility, and
CONNIE CAUSSEN, Nurse, Sterling Correctional Facility,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED June 12, 2014, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge