IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01460–RM–KMT

CHINOU VUE,

      Plaintiff,

v.

CAPTAIN WILLIAM SCOTT, Sterling Correctional Facility,
LIEUTENANT RONALD GILES, Sterling Correctional Facility,
LIEUTENANT RONAL CARPENTER, Sterling Correctional Facility,
DOCTOR MAURICE FAUVEL, Sterling Correctional Facility,
SERGEANT TINA TAMETEO, Sterling Correctional Facility,
SERGEANT TREVOR BUCHHOLTZ, Sterling Correctional Facility,
CORRECTIONAL OFFICER STEVEN BELL, Sterling Correctional Facility,
CORRECTIONAL OFFICER NICHOLAS LEECH, Sterling Correctional Facility,
CORRECTIONAL OFFICER CHERYL BRINDISI, Sterling Correctional Facility,
CORRECTIONAL OFFICER DAVID CUSTER, Sterling Correctional Facility,
FACILITY NURSE CHARLENE LARSON, Sterling Correctional Facility, and
FACILITY NURSE CONNIE CAUSSEN, Sterling Correctional Facility,

      Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Docket Sheet" (Doc. No. 25, filed Aug. 19, 2014) is GRANTED. The Clerk of Court is directed to send Plaintiff a printout of the docket. Plaintiff is advised, however, that in the future, the court will not provide him with a copy of the docket absent additional justification(s). Plaintiff will be sent a copy of every document filed in this case; as such, Plaintiff can keep track of any dates or deadlines as well as any motions, pleadings, or other court filings without a periodic printout of the docket.

Dated: Aug. 27, 2014