IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01460–RM–KMT

CHINOU VUE,

    Plaintiff,

v.

CAPTAIN WILLIAM SCOTT, Sterling Correctional Facility,
LIEUTENANT RONALD GILES, Sterling Correctional Facility,
LIEUTENANT RONAL CARPENTER, Sterling Correctional Facility,
DOCTOR MAURICE FAUVEL, Sterling Correctional Facility,
SERGEANT TINA TAMETEO, Sterling Correctional Facility,
SERGEANT TREVOR BUCHHOLTZ, Sterling Correctional Facility,
CORRECTIONAL OFFICER STEVEN BELL, Sterling Correctional Facility,
CORRECTIONAL OFFICER NICHOLAS LEECH, Sterling Correctional Facility,
CORRECTIONAL OFFICER CHERYL BRINDISI, Sterling Correctional Facility,
CORRECTIONAL OFFICER DAVID CUSTER, Sterling Correctional Facility,
FACILITY NURSE CHARLENE LARSON, Sterling Correctional Facility, and
FACILITY NURSE CONNIE CAUSSEN, Sterling Correctional Facility,

    Defendants.

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Raymond P. Moore, pursuant to the Order of Reference dated June 17, 2014. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **October 27, 2014, at 10:15 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

2

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 23rd day of September, 2013.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge