IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01460-RM-KMT | Date: | November 19, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

CHINOU VUE,                                                    Kevin Flesch

   Plaintiff,

v.

CAPTAIN WILLIAM SCOTT,                                Kristin Ruiz
LIEUTENANT RONALD GILES,
LIEUTENANT RONAL CARPENTER,
DOCTOR MAURICE FAUVEL,
SERGEANT TINA TAMETEO,
SERGEANT TREVOR BUCHHOLTZ,
CORRECTIONAL OFFICER STEVEN BELL,
CORRECTIONAL OFFICER NICHOLAS LEECH,
CORRECTIONAL OFFICER CHERYL BRINDISI,
CORRECTIONAL OFFICER DAVID CUSTER, ,
FACILITY NURSE CHARLENE LARSON, and
FACILITY NURSE CONNIE CAUSSEN,

   Defendants.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**9:31 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding Motion for Restraining Order [20].

**ORDERED:   Plaintiff's Motion for Injunction or a Temporary Restraing [sic] Order [20] is WITHDRAWN.**

Discussion regarding initial disclosures.

**ORDERED:   Parties shall exchange initial disclosures, including documents, on or before November 26, 2014.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 10 depositions, excluding experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Section 9h is withdrawn.

Joinder of Parties/Amendment to Pleadings:   December 12, 2014
Discovery Cut-off:     May 29, 2015
Dispositive Motions Deadline:   July 29, 2015
Each side shall be unlimited as to expert witnesses.
Disclosure of Affirmative Experts:     February 20, 2015
Disclosure of Rebuttal Experts:   March 20, 2015

Written Discovery shall be served 33 days prior to the discovery cutoff.

**ORDERED:   Telephonic Final Pretrial Conference is set for October 13, 2015 at 9:30 a.m. The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

Trial Preparation Conference and trial dates will be set by District Judge Raymond P. Moore.

**Scheduling Order entered.**

**9:40 a.m.        Court in recess.**

Hearing concluded.
Total in-court time:   00:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.